UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GANILLIA MALLON,**

     **Plaintiff,**

**v.**                                            **Case No:  6:18-cv-1324-Orl-41GJK**

**SAFNA, INC. and MEHER, INC.,**

     **Defendants.**

                                                     /

### ORDER

THIS CAUSE is before the Court on the Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice ("Motion," Doc. 29). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 30), recommending that the Motion be granted in part. Specifically, Judge Kelly recommends striking the general release provision and the modification provision and approving the Settlement Agreement (Doc. 29-1) as amended. (*Id.* at 8).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The general release (Doc. 29-1 at 3) and the modification provision (Doc. 29–1 ¶ 9), to the extent that it purports to allow the Settlement Agreement to be modified without Court approval, are **STRICKEN**.

3. The Joint Motion and Stipulation for Approval of Settlement and Dismissal with Prejudice (Doc. 29) is **GRANTED in part**; the Settlement Agreement (Doc. 29-1), as amended by this Court, is **APPROVED**; and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record